JACK A. MARK, *ET AL.* v. DEPARTMENT OF TREASURY, DIVISION OF PENSIONS.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN B. SLOBODIAN.

September 21, 1972. Petition for certification denied. (See 120 *N. J. Super.* 68).

STATE OF NEW JERSEY v. ALBERT E. GEDDES, JR.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MOSES JACKSON, JR.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MIKE MORALES.

September 21, 1972. Petition for certification denied. (See 120 *N. J. Super.* 197).

STATE OF NEW JERSEY v. JOHN DE SANTIS.

September 21, 1972. Petition for certification denied.